## ANTHONY HENDERSON *v.* CITY OF NEW HAVEN ET AL.
## (14144)

Dupont, C. J., and Schaller and Spallone, Js.

Argued February 16—decision released March 12, 1996

*Katrena Engstrom,* with whom, on the brief, was *John R. Williams,* for the appellant (plaintiff).

*Patricia A. Cofrancesco,* deputy corporation counsel, for the appellees (defendants).

PER CURIAM. The judgment is affirmed.